# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS HOLDING
US, INC.

VERSUS

THE WILLIAMS COMPANIES, INC.
AND WILLIAMS OLEFINS, LLC

NO.   2019 CW 1382

**OCTOBER 22, 2019**

---

In Re:   SABIC Petrochemicals Holding US, Inc., applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 76976.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT